JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual<br><br>Plaintiffs,<br><br>v.<br><br>RAY PELLEGRINO, TRUSTEE; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:22−cv−07057 SB (JEMx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal with Prejudice submitted by the parties herein, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear its own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: February 15, 2023

By: _____
Stanley Blumenfeld, Jr.
United States District Judge